# In the United States Court of Federal Claims

No. 01-115 C
(Filed: December 9, 2004)

*************************************
**OMAHA PUBLIC POWER DISTRICT**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*************************************

**ORDER**

Pursuant to Rule 40.1(c) of the Rules of the Court of Federal Claims and a random selection determined by the Office of the Clerk of the Court, this case is hereby reassigned to Judge Susan G. Braden.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge