# In the United States Court of Federal Claims

No. 01-115C
Filed: December 13, 2004

*************************************
OMAHA PUBLIC POWER DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

A telephone status conference will be held on December 14, 2004 at 3:30 p.m. EST.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**