# In the United States Court of Federal Claims

No. 01-115C
Filed: December 15, 2004

***********************************
*
OMAHA PUBLIC POWER DISTRICT, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

Pursuant to the telephone status conference held on December 14, 2004, the court affirms that the stay of this case has been lifted in light of the Chief Judge's December 9, 2004 order reassigning this case to the undersigned judge.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**