# In the United States Court of Federal Claims

No. 01-115C
Filed: December 22, 2004

| | |
|---|---|
| OMAHA PUBLIC POWER DISTRICT, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

Pursuant to the request of the parties, the court sets the following schedule for supplemental briefing on the motion and cross-motion for summary judgment on the rate of spent nuclear fuel acceptance:

1. The Government's supplemental response brief is due on or before January 28, 2005.

2. Plaintiff's supplemental reply brief is due on or before February 11, 2005.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**