IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OMAHA PUBLIC POWER DISTRICT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-115C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant the Government an enlargement of time of two business days (or four calendar days), to and including February 1, 2005, within which to file its supplemental brief on the rate of spent nuclear fuel acceptance issues raised by the parties' pending cross-motions for summary judgment, and to provide plaintiff, Omaha Public Power District ("OPPD"), a corresponding enlargement of time for its reply, to and including February 15, 2005. Pursuant to the Court's December 22, 2004 order, the Government's supplemental brief is currently due to be filed today, January 28, 2005, and the plaintiff's reply to that supplemental brief and the other pending briefing on the rate of acceptance issues is due on February 11, 2005. Defendant has not previously requested an enlargement of time for this purpose. Counsel for defendant left a message for counsel for plaintiff, Alex D. Tomaszczuk, earlier today regarding this motion and deferred filing it with the hope that he would be able to represent OPPD's position regarding the motion, but counsel for plaintiff has not yet been able to return counsel for defendant's telephone call.

This short enlargement is requested because various pleading and discovery matters that have arisen in other spent nuclear fuel ("SNF") cases have demanded counsel for defendant's attention over the past several days, and counsel for defendant has been required to attend to those issues. The attorney in counsel for defendant's office who was primarily responsible for dealing with discovery matters, who was expected to begin maternity leave in early February 2005, unexpectedly was ordered not to return to the office on January 13, 2005, and has not returned to the office since then. That attorney's unexpected departure has required counsel for defendant to devote significant time to learning about and dealing with several matters that were in process prior to the attorney's earlier-than-expected departure. That work, coupled with other matters that have arisen in the SNF cases since January 13, 2005, have precluded counsel for defendant from completing the supplemental brief that is due in this case. Because the Court, during the parties' telephonic status conference in December 2004, indicated that its calendar would likely preclude the Court from focusing upon the briefs that the parties are filing until after the due dates that we are proposing, we do not believe that this motion will prejudice OPPD or the Court. Further, to the extent that OPPD needs additional time beyond February 15, 2005 to file its reply briefing, we certainly will not object to any such requests.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
FAX: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

January 28, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 28th day of January, 2005, a copy of foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.