# In the United States Court of Federal Claims

No. 01-115C

Filed: February 1, 2005

***********************************
*
OMAHA PUBLIC POWER DISTRICT, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

Defendant's Motion for An Enlargement of Time, filed on January 28, 2005, is **GRANTED**. Accordingly, defendant's supplemental brief on the rate of spent nuclear fuel acceptance issues is now due **on or before February 1, 2005**. Plaintiff's reply to defendant's supplemental brief is now due **on or before February 15, 2005**.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**