TABLE OF CONTENTS

PAGE(S)

DISCUSSION . . . . . . . . . . 1

I. PLAINTIFF HAS FAILED TO PROVE ITS BASIC ASSUMPTION THAT DOE WAS OBLIGATED TO ACCEPT SNF AT AN ANNUAL RATE OF 3,000 MTUs . . . . . . . . . . 1

A. Plaintiff Has Failed To Establish That DOE Was Obligated To Accept SNF At A Rate Sufficient To Preclude Additional At-Reactor Storage And To Accept Some "Backlog" Of Utility-Stored SNF . . . . . . . . . . 1

B. OPPD Has Failed To Establish That An Annual Acceptance Rate Of 3,000 MTU Is Necessary To Satisfy The Requirements To Which OPPD Contends DOE Obligated Itself Or That DOE Ever Obligated Itself To Satisfy A 3,000 Rate . . . . . . . . . . 7

II. NOTHING IN THE STANDARD CONTRACT PRECLUDED DOE FROM PERFORMING AT A RATE FAR LESS ONEROUS THAN THAT WHICH OPPD PROPOSES . . . . . . . . . . 11

A. At Most, The Acceptance Schedule To Which DOE Could Be Held To Perform Could Not Exceed The Rates Contained In The DCSs That DOE Approved . . . . . . . . . . 11

B. Because Of The Manner In Which The Contract's Schedule Provisions Grant DOE The Discretion To Define The Schedule, Any Damages Award Should Be Based Upon The Minimum Schedule That DOE Could Have Selected . . . . . . . . . . 13

III. WITH ALL DUE RESPECT, SOME OF THE COURT DECISIONS ISSUED SINCE THE GOVERNMENT FILED ITS MOTION REGARDING THE SPENT NUCLEAR FUEL ACCEPTANCE RATE INCORRECTLY ANALYZE THE STANDARD CONTRACT SCHEDULE PROVISIONS . . . . . . . . . . 17

CONCLUSION . . . . . . . . . . 26

TABLE OF AUTHORITIES

CASES PAGE(S)

Aviation Contractor Employees, Inc. v. United States,
945 F.2d 1568 (Fed. Cir. 1991) . . . . . . . . . . 25

Bel Pre Health Care Center, Inc. v. United States,
24 Cl. Ct. 495 (1991) . . . . . . . . . . 23

Branhill Realty Co. v. Montgomery Ward & Co.,
60 F.2d 922 (2d Cir. 1932) . . . . . . . . . . 10, 15

City of Tacoma, Department of Public Utilities v. United States,
31 F.3d 1130 (Fed. Cir. 1994) . . . . . . . . . . 25

Commercial Metals Co. v. United States,
176 Ct. Cl. 343 (1966) . . . . . . . . . . 10

Commonwealth Edison Co. v. United States,
57 Fed. Cl. 88 (2003) . . . . . . . . . . 19, 20

Coyle's Pest Control, Inc. v. Cuomo,
154 F.3d 1302 (Fed. Cir. 1998) . . . . . . . . . . 25

David Nassif Associates v. United States,
214 Ct. Cl. 407, 557 F.2d 249 (1977) . . . . . . . . . . 22, 24

Florida Power & Light Co. v. United States,
No. 98-483C, slip op. (Fed. Cl. Jan. 31, 2005) (published order) . . . . . . . . . . 5, 18

Gould, Inc. v. United States,
935 F.2d 1271 (Fed. Cir. 1991) . . . . . . . . . . 12, 20

In the Matter of Community Medical Center,
623 F.2d 864 (3d Cir. 1980) . . . . . . . . . . 15

Indiana Michigan Power Co. v. Department of Energy,
88 F.3d 1272 (D.C. Cir. 1996) . . . . . . . . . . 8

Indiana Michigan Power Co. v. United States,
57 Fed. Cl. 88 (2003), appeal pending, No. 04-5122 (Fed. Cir.) . . . . . . . . . . 21, 22

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Julius Goldman's Egg City v. United States,
697 F.2d 1051 (Fed. Cir. 1983), cert. denied, 464 U.S. 814 (1983) . . . . . . . . . . . . . . . . 5

Koby v. United States,
53 Fed. Cl. 493 (2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 16

Liberty Bank v. Talman Home Mortgage Corp.,
877 F.2d 400 (5th Cir. 1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Massengill v. Guardian Management Co.,
19 F.3d 196 (5th Cir. 1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

Mays v. Trump Indiana, Inc.,
255 F.3d 351 (7th Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

McDonnell Douglas Corp.,
ASBCA No. 26747, 83-1 B.C.A. ¶ 16,377 (1983) . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Modern System Technology Corp. v. United States,
979 F.2d 200 (Fed. Cir. 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

National By-Products, Inc. v. United States,
186 Ct. Cl. 546, 405 F.2d 1256 (1969) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 10

Neeley v. Bankers Trust Co. of Tex.,
757 F.2d 621 (5th Cir. 1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

Omni Corp. v. United States,
41 Fed. Cl. 585 (1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Power Authority of the State of New York v. United States,
No. 00-703C, slip op. (Fed. Cl. Sept. 30, 2004) (unpublished order) . . . . . . . . . . . . . . 19

Reservation Ranch v. United States,
39 Fed. Cl. 696 (1997), aff'd, 217 F.3d 850 (Fed. Cir. 1999) . . . . . . . . . . . . . . . . . . . . 17

Ridge Runner Forestry v. Veneman,
28 F.3d 1058 (Fed. Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Shann v. Dunk,
84 F.3d 73 (2d Cir. 1996) . . . . . . . . . . 24

Tennessee Valley Authority v. United States,
60 Fed. Cl. 665 (2004) . . . . . . . . . . 18, 19

Transamerica Equipment Leasing Corp. v. Union Bank,
426 F.2d 273 (9th Cir. 1970) . . . . . . . . . . 23

White v. Delta Construction International, Inc.,
285 F.3d 1040 (Fed. Cir. 2002) . . . . . . . . . . 15

STATUTES and REGULATIONS

10 C.F.R. § 961.11 . . . . . . . . . . passim

48 Fed. Reg. 5458 (Feb. 4, 1983) . . . . . . . . . . 2

48 Fed. Reg. 16,590 (Apr. 18, 1983) . . . . . . . . . . 3, 7

42 U.S.C. §§ 10101-10270 . . . . . . . . . . 2, 21

42 U.S.C. § 10133 . . . . . . . . . . 9

42 U.S.C. § 10161-10169 . . . . . . . . . . 9

42 U.S.C. § 10221(b)(3) . . . . . . . . . . 9

MISCELLANEOUS

11 A. Corbin, Corbin on Contracts § 1079 (interim ed. 1979) . . . . . . . . . . 13, 14

11 W. Jaeger, Williston on Contracts § 1407 (3d ed. 1968) . . . . . . . . . . 14, 15, 16

1 R. Lord, Williston on Contracts § 4:24 (4th ed. 1990) . . . . . . . . . . 14

TABLE OF AUTHORITIES (cont'd)

MISCELLANEOUS PAGE(S)

Restatement of Contracts § 344 (1932) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 14, 15

Restatement (Second) of Contracts § 211 (1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

INDEX TO SUPPLEMENTAL APPENDIX

DOCUMENT PAGE

Statement of Loring Mills at Proceedings of the 1983 Civilian Radioactive Waste Management Information Meeting, December 12-15, 1983 . . . . . 1

Letter from Yankee Atomic Electric Company to Department of Energy, dated September 25, 1992 . . . . . 4

Letter from Department of Energy to Yankee Atomic Electric Company, dated December 1, 1992 . . . . . 9

Internal Yankee Atomic Memorandum, dated September 25, 1992 . . . . . 11

Internal Yankee Atomic Memorandum, dated January 20, 1984 . . . . . 15

Internal Yankee Atomic Memorandum, dated October 19, 1983, discussing industry task force meeting . . . . . 17

Internal Yankee Atomic Memorandum, dated May 17, 1983, describing contents of Nuclear Waste Policy Act . . . . . 20

Testimony of John Bartlett, former Director of Office of Civilian Radioactive Waste Management, Department of Energy, in Yankee Atomic trial on July 14, 2004 . . . . . 24

Testimony of Charles Pennington, NAC International, in Yankee Atomic trial on July 16, 2004 . . . . . 27

Testimony of Robert L. Morgan, former Director of Office of Civilian Radioactive Waste Management, Department of Energy, dated August 2 and 3, 2004 . . . . . 30