# In the United States Court of Federal Claims

No. 01-115C

Filed: February 17, 2005

************************************
*
OMAHA PUBLIC POWER DISTRICT, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************

**ORDER**

Defendant's Unopposed Motion for Leave to Exceed Page Limit, filed on February 15, 2005, is **GRANTED**. Accordingly, Defendant's Reply in Support of Its Cross-Motion for Partial Summary Judgment on the Acceptance Rate may exceed the page limitation by thirty-five pages.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**