# In the United States Court of Federal Claims

No. 01-115C
Filed: February 17, 2005

```
***********************************
                                  *
OMAHA PUBLIC POWER DISTRICT,      *
                                  *
        Plaintiff,                *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
        Defendant.                *
                                  *
***********************************
```

**ORDER**

Plaintiff's Unopposed Motion for Leave to Exceed Page Limit, filed on February 15, 2005, is **GRANTED**. Accordingly, Plaintiff's Reply in Support of Its Cross-Motion for Partial Summary Judgment on the Acceptance Rate may exceed the page limitation by thirty-five pages.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**