# In the United States Court of Federal Claims

No. 01-115C
Filed: March 3, 2005

```
***********************************
                                  *
OMAHA PUBLIC POWER DISTRICT,      *
                                  *
          Plaintiff,              *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
          Defendant.              *
                                  *
***********************************
```

**ORDER**

A telephone status conference will be held on March 7, 2005, at 3:30 p.m. EST.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**