# In the United States Court of Federal Claims

No. 01-115C

Filed: March 7, 2005

***********************************
*
OMAHA PUBLIC POWER DISTRICT, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

A telephone status conference will be held on March 15, 2005, at 5:00 p.m. EST.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**