# In the United States Court of Federal Claims

No. 01-115C
Filed: March 15, 2005

***********************************
*
OMAHA PUBLIC POWER DISTRICT, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

## SCHEDULING ORDER

Pursuant to the status conference held on March 15, 2005, the court hereby sets the following schedule:

1. Fact Discovery**.** All fact discovery, including all depositions, shall conclude **on or before April 1, 2006.** In order to achieve this deadline, the parties will make witnesses available at reasonably convenient locations and times. The parties are reminded that the rules of the court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witnesses were then present and testifying[.]" *See* RCFC 32(a).

2. Expert Discovery. All expert discovery, including the exchange of expert reports and the completion of expert depositions, will be completed **on or before April 1, 2006.** Plaintiff will submit any expert report(s) **on or before September 1, 2005.** The defendant will submit any expert report(s) **on or before January 13, 2006.** Any expert rebuttal report(s) will be submitted **on or before February 1, 2006.**

3. Meeting of Counsel. The parties will meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, **on or before April 13, 2006.**

4. Memorandum of Contentions of Fact and Law. In accordance with RCFC Appendix A ¶ 14, plaintiff will file its Memorandum of Contentions of Law and Fact ("Memorandum") **on or before May 1, 2006.** Defendant will file its responsive Memorandum **on or before May 31, 2006.** Each Memorandum will be accompanied by witness lists, exhibit lists, and any motions contemplated by Appendix A ¶¶ 14-16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date will, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed

waived absent a showing of a compelling reason for the failure. Defendant will file its responses to any motions filed by plaintiff with its Memorandum **on or before May 31, 2006.** Plaintiff will file its responses to any motions filed by defendant **on or before June 16, 2006.**

5. Pretrial Conference. The pretrial conference will be held **on June 30, 2006 at 10:00 a.m. EST** at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005. The parties will bring to the pretrial conference at least three copies of any exhibit as to which an objection remains outstanding. The parties will prepare and deliver at the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules.

6. Trial. Trial will be held **on July 10, 2006 through July 21, 2006.** Trial will begin at 10:00 a.m. on each day. Trial will be held at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**