# In the United States Court of Federal Claims

No. 01-115C

Filed: September 8, 2005

***********************************
OMAHA PUBLIC POWER DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

***********************************

**ORDER**

Plaintiff's September 1, 2005 Motion for Leave to File Expert Reports Under Seal is **GRANTED**. The Clerk of the Court will place the following expert reports under seal:

1. Richard J. Sieracki & Kenneth P. Metcalf, "Assessment of Damages Resulting From The Department of Energy's Failure To Perform Its Contractual Obligations Regarding Omaha Public Power District's Spent Nuclear Fuel;"

2. Eileen M. Supko, "Expert Report Regarding Determination of the U.S. Department of Energy's Overall Spent Nuclear Fuel Acceptance Rate;" and

3. Eileen M. Supko, "Expert Report Regarding Spent Nuclear Fuel Acceptance Rights for Omaha Public Power District's Fort Calhoun Nuclear Power Plant."

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**