# In the United States Court of Federal Claims

No. 01-115C

Filed: September 8, 2005

| | |
|---|---|
| OMAHA PUBLIC POWER DISTRICT, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

A telephone status conference will be held on September 13, 2005 at 2 p.m., EST.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**