IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OMAHA PUBLIC POWER DISTRICT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-115C |
| | ) | (Judge Braden) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF FILING OF PROPOSED ORDER

Pursuant to the direction of the Court during the telephonic status conference held November 15, 2005, defendant files the attached proposed order. Counsel for plaintiff has indicated that plaintiff has reviewed the proposed order and agrees with its contents.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0365
Fax: (202) 307-2503

November 16, 2005

Attorneys for Defendant

# ATTACHMENT

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 01-115C
Filed: November __, 2005

| | |
|---|---|
| OMAHA PUBLIC POWER DISTRICT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

For the reasons discussed during the telephonic status conference held on November 15, 2005, and at the request of the parties, the pretrial schedule set forth in the Court's scheduling order issued March 15, 2005 is vacated. Trial is rescheduled to begin on January 8, 2007. A telephonic status conference shall be held in this case on February 13, 2006, at 2 p.m., EST.

**IT IS SO ORDERED.**

CERTIFICATE OF FILING

I hereby certify that on this 16th day of November 2005, a copy of foregoing "NOTICE OF FILING OF PROPOSED ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Marian E. Sullivan