# In the United States Court of Federal Claims

No. 01-115C
Filed: November 17, 2005

| | |
|---|---|
| OMAHA PUBLIC POWER DISTRICT, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

For the reasons discussed during the telephone status conference held on November 15, 2005, at the request of the parties, the schedule set forth in the court's Scheduling Order issued March 15, 2005 is vacated. As discussed, the court will convene a telephone status conference on February 13, 2006 at 2:00 p.m. E.S.T. to reschedule a trial date at the parties convenience. In the interim, the case is stayed, however, the court will resolve pending motions that previously were filed before the Honorable Lynn J. Bush.

**IT IS SO ORDERED.**