# In the United States Court of Federal Claims

No. 01-115C

Filed: January 26, 2006

```
***********************************
                                  *
OMAHA PUBLIC POWER DISTRICT,      *
                                  *
        Plaintiff,                *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
        Defendant.                *
                                  *
***********************************
```

**ORDER**

The telephone status conference previously scheduled for Monday, February 13, 2006 will be held **on Tuesday, February 14, 2006 at 11:00am, E.S.T**.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**