# In the United States Court of Federal Claims

No. 01-115C

Filed: February 14, 2006

***********************************
*
OMAHA PUBLIC POWER DISTRICT, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

The court will convene a telephone status conference on May 8, 2006 at 11:00am, E.S.T. The case remains stayed until further order of the court.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**