**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on August 11, 2006)

| | |
|---|---|
| **OMAHA PUBLIC POWER DISTRICT,** Plaintiff, v. **THE UNITED STATES**, Defendant. | No. 01-115C (Judge Braden) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, Plaintiff Omaha Public Power District hereby dismisses this action, with prejudice, by stipulation of the parties, with each party to bear its own costs, expenses and attorneys' fees.

Dated: August 11, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Omaha Public Power District

*Of Counsel:*
Jay E. Silberg
Michael G. Lepre
Walter F. Zenner
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

Stephen Olson
Fraser Stryker Meseuy
Olson Boyer & Bloch P.C.
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663
(402) 978-5235

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: 8th Floor Classification Unit
Washington, D.C. 20530

Attorneys for Defendant

*Of Counsel:*
JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585