# In the United States Court of Federal Claims

No. 01-115C

Filed: April 20, 2007

| | |
|---|---|
| OMAHA PUBLIC POWER DISTRICT, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Pursuant to RCFC 41(a)(1)(ii), the Complaint was dismissed with prejudice on August 11, 2006. Accordingly, the Clerk of the United States Court of Federal Claims is hereby directed to return the April 17, 2007 Motion to Intervene to Mr. William D. Peterson.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**