# In the United States Court of Federal Claims

No. 01-115C
Filed: July 25, 2007

***********************************
*
OMAHA PUBLIC POWER DISTRICT, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

Pursuant to RCFC 41(a)(1)(ii), the Complaint was dismissed with prejudice and this case was closed on August 11, 2006. Accordingly, the Clerk of the United States Court of Federal Claims is hereby directed to return the July 25, 2007 Motion to Intervene to Mr. William D. Peterson.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**